# Court of Appeals
# of the State of Georgia

ATLANTA, February 12, 2025

*The Court of Appeals hereby passes the following order:*

## A24A1753. LORI WILHOIT v. JACKLYN WINTERS

Upon consideration of the above-styled case, the appeal is thereby DISMISSED as improvidently granted.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/12/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.